THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NUT-OLA FAT PRODUCTS, INC., Appellant.

First Department, May 29, 1936.

*Albert M. Gilbert* of counsel [*Aaron S. Yohalem, Jacob Aks* and *Bernhard Bloch* with him on the brief; *Abraham M. Davis*, attorney], for the appellant.

*Robert P. Beyer, Assistant Attorney-General*, of counsel [*John J. Bennett, Jr., Attorney-General*], for the respondent.

PER CURIAM. The question whether the defendant's product constituted a substance in imitation of butter or a substance similar to olecmargarine should have been submitted to the jury as an issue of fact. Furthermore, testimony offered by the defendant tending to show that its product was not a " substance in imitation or semblance of butter " nor a " similar substance " to oleomargarine (Agriculture and Markets Law, § 59) was erroneously excluded by the trial court.

The determination of the Appellate Term and the judgment of the Municipal Court should be reversed and a new trial granted, with costs to the appellant in all courts to abide the event.

Present — MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ.

Determination appealed from and judgment of the Municipal Court unanimously reversed and a new trial granted, with costs to the appellant in all courts to abide the event.